IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ABERCROMBIE, # 258 008, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-408-WKW |
| STATE OF ALABAMA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 16, 2015, the Magistrate Judge filed a Recommendation, to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff Willie Abercrombie's claims against Defendants State of Alabama and the ADOC Riot Team be DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), that Defendants State of Alabama and the ADOC Riot Team be DISMISSED as parties, and that this action against the remaining Defendants be referred back to the Magistrate Judge for further proceedings in accordance with 28 U.S.C. § 636.

DONE this 13th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE