IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LEE ABERCROMBIE,  )<br># 258008,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>KARLA JONES, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | CASE NO. 2:15-CV-408-WKW |

## ORDER

On October 13, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 6th day of November, 2015.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE